*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and STARITA
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Dave G. MACARAEG**
Quartermaster Chief Petty Officer (E-7), U.S. Navy
*Appellant*

**No. 202100099**

Decided: 3 September 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ryan Stormer

Sentence adjudged 25 January 2021 by a special court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for ten months and reduction to E-1.[1]

---

[1] Pursuant to a pretrial agreement, the convening authority disapproved an adjudged bad-conduct discharge, suspended all confinement in excess of six months, suspended reduction below the pay grade of E-6, and deferred and waived automatic forfeitures of any pay during Appellant's enlistment. On 9 August 2021, Appellant filed a timely appeal of the findings and sentence pursuant to Article 66(b)(1)(A), Uniform Code of Military Justice, 10 U.S.C. § 866(b)(1)(A).

Opinion of the Court

For Appellant:
*Lieutenant Colonel Michael D. Berry, USMCR*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court